**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-4387**

———————————

UNITED STATES OF AMERICA,

                         Plaintiff - Appellee,

        versus

RASHFORD EMANUEL GALLOWAY,

                         Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Richard L. Voorhees,
District Judge. (CR-02-150-V)

———————————

Submitted: October 9, 2003        Decided: October 17, 2003

———————————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Aaron E. Michel, Charlotte, North Carolina, for Appellant. Robert
J. Conrad, Jr., United States Attorney, D. Scott Broyles, Assistant
United States Attorney, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rashford Emanuel Galloway appeals his conviction and sentence for conspiracy to distribute cocaine and cocaine base in violation of 21 U.S.C. §§ 841, 846 (2000). Galloway claims that the Government breached its plea agreement with him by failing to move for a downward departure or by failing to make a determination regarding Galloway's assistance to the Government.

Our review of the plea agreement discloses that Galloway has specifically waived his right of appellate review in regard to this issue. As a consequence, we are without jurisdiction to consider the appeal, and we are compelled to dismiss it. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED